| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** 05-13-2021 |

TUTOR PERINI BUILDING CORP.,

                Petitioner,

      v.

GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE, LLC,

                Respondent.

19-CV-5344 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 15, 2019, the Court stayed this case pursuant to 11 U.S.C. § 362 in light of Respondent's filing of a bankruptcy petition. No later than May 27, 2021, the parties shall file a joint letter updating the Court on the status of this case.

SO ORDERED.

Dated:    May 13, 2021
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge