USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TUTOR PERINI BUILDING CORP.,

                Plaintiff,

      v.

GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE, LLC,

                Defendant.

No. 19-CV-5344 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 15, 2019, the Court stayed this case pursuant to 11 U.S.C. § 362 in light of Respondent's filing of a bankruptcy petition. No later than February 7, 2022, the parties shall file a joint letter updating the Court on the status of this case.

SO ORDERED.

Dated:     January 24, 2022
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge