UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

---

TUTOR PERINI BUILDING COPR.,

        Plaintiff,

    v.

GEORGE WASHINGTON BRIDGE BUS
STATION DEVELOPMENT VENTURE,
LLC,

        Defendant.

No. 19-CV-5344 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 15, 2019, the Court stayed this action pursuant to 11 U.S.C. § 362 due to ongoing bankruptcy proceedings. On January 26, 2022, the Court ordered the parties to file a status update within one month of the completion of the bankruptcy proceedings. No such letter has been filed to date. By February 9, 2023, the parties shall file a joint letter updating the Court on the status of the case.

SO ORDERED.

Dated:    February 2, 2023
         New York, New York

Ronnie Abrams
United States District Judge